Rich Curtner
Federal Defender
Noa E. Oren
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FRED ESGUERRA,<br><br>    Petitioner,<br><br>vs.<br><br>JOSEPH SCHMIDT,<br><br>    Respondent. | NO. 3:13-cv-00087-TMB-JDR<br><br>***ERRATA*** to EXHIBIT 6 to FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254 |

    Petitioner, Fred Esguerra, through counsel, hereby files this *errata* to his First Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed October 3, 2013 at Docket No. 12.  The incorrect document was erroneously attached as Exhibit 6 to the Amended Petition.  Attached to this *errata* is the corrected Exhibit 6.

    Counsel apologizes for any inconvenience this may have caused.

DATED at Anchorage, Alaska, this 28th day of October 2013.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Rich Curtner
Federal Defender
Alaska Bar No. 8706013
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

/s/ Noa Oren
Staff Attorney
Alaska Bar No. 1011108
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907- 646-3400
Fax: 907-646-3480
E-Mail: Noa_Oren@fd.org

Certification:
I certify that on October 28, 2013, a copy of the *Errata to Exhibit 6 to First Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254* was served electronically on:

Nancy R. Simel
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Email: nancy.simel@alaska.gov

/s/ Rich Curtner

*Fred Esguerra v. Joseph Schmidt*
Case No. 3:13-cv-00087-TMB-JDR                                                                                  Page 2

Case 3:13-cv-00087-TMB   Document 14   Filed 10/28/13   Page 2 of 2