Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: nancy.simel@alaska.gov

Attorney for Respondent Joseph Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FRED ESGUERRA, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>JOSEPH SCHMIDT, )<br>Commissioner, Alaska Dep't of )<br>Corrections, )<br>)<br>)<br>Respondent. )<br>_____) | Case No. 3:13-cv-00087-JDR<br><br>NOTICE OF LODGING |

Rule 5 of the Rules Governing Section 2254 Cases requires that in conjunction with the answer or other responsive pleading, the respondent should lodge with the court any available transcripts of the relevant portions of the state criminal proceedings now being challenged, plus any state-court appellate

briefs and decisions regarding the case. Respondent hereby gives notice of lodging the following documents with the court in connection with the above-captioned matter:

1. Appellant's Reply Brief (Cover only), *Esguerra v. State*, No. A-08395;

2. Motion To Supplement Briefing To Consider *Crawford* Issue, *Esguerra v. State*, No. A-08395, dated December 6, 2004;

3. Order denying motion to supplement briefing, *Esguerra v. State*, No. 08395, dated December 20, 2004;

4. Decision (affirming judgment) in *Esguerra v. State*, No. A-8395, 2005 WL 19220 (Alaska App. Jan. 5, 2005) (unpublished);

5. Order denying petition for hearing, *Esguerra v. State*, No. S-11815, dated August 19, 2005;

6. Amended Application For Post-Conviction Relief, *Esguerra v. State*, No. 3PA-05-01751 Ci, dated August 14, 2009;

7. Affidavit of Scott A. Sterling, *Esguerra v. State*, No. 3PA-05-01751 Ci., dated December 17, 2009;

8. Order Granting Summary Judgment Denying Post-Conviction Relief, *Esguerra v. State*, No. 3PA-05-01751 Ci., dated October 15, 2010;

9. Decision (affirming denial of post-conviction relief), *Esguera v. State*, No. A-10872, 2012 WL 6653888 (Alaska App. Dec. 12, 2012) (unpublished);

10. Order denying Petition For Hearing, *Esguerra v. State*, No. S-15012, dated May 23, 2012.

DATED November 4, 2013, at Anchorage, Alaska.

MICHAEL C. GERAGHTY
ATTORNEY GENERAL

s/ Nancy R. Simel
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
      and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: nancy.simel@alaska.gov
   Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on November 4, 2013, a copy of the foregoing NOTICE OF LODGING was served electronically on ???.

s/ Nancy R. Simel