Nancy R. Simel
Assistant Attorney General
Office of Criminal Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6260
Facsimile: (907) 269-6270
Email: nancy.simel@alaska.gov

Attorney for Respondent Joseph Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| FRED ESGUERRA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 3:13-cv-00087-JDR |
| | ) |
| JOSEPH SCHMIDT, | ) NOTICE OF LODGING |
| Commissioner, Alaska Dep't of | ) |
| Corrections, | ) |
| | ) |
| | ) |
| Respondent. | ) |
| | ) |

Rule 5 of the Rules Governing Section 2254 Cases requires that in conjunction with the answer or other responsive pleading, the respondent should lodge with the court any available transcripts of the relevant portions of the state criminal proceedings now being challenged, plus any state-court appellate briefs and decisions regarding the case. Respondent previously lodged the portions of the state-court record that it believes are relevant to this proceeding.

It did not previously lodge a copy of the relevant transcript because it did not have it. Respondent hereby gives notice of lodging the following portions of the transcript:

1. Table of Contents;

2. Trial proceedings from February 26-28, 2002, March 4-5, 2002, and March 7, 2002; and

3. Sentencing.

DATED September 17, 2014 , at Anchorage, Alaska.

MICHAEL C. GERAGHTY
ATTORNEY GENERAL

s/ Nancy R. Simel
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Criminal Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6260
   Facsimile: (907) 269-6270
   e-mail: nancy.simel@alaska.gov
   Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on September 17, 2014, a copy of the foregoing NOTICE OF LODGING was served electronically on Noa Oren and a paper copy of the transcript was mailed to Noa Oren.

s/ Nancy R. Simel