THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*FRED ESGUERRA v. JOSEPH SCHMIDT*

Case No. 313-cv-00087 TMB-KFM

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** ORDER FROM CHAMBERS

Having reviewed Magistrate Judge McCoy's Initial Report and Recommendation on Petitioner's Writ for Habeas Corpus (Docket No. 58), in conjunction with the parties' Objections and Responses (Docket Nos. 65 & 73), and the Magistrate's Final Report and Recommendation, (Docket 74), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Petitioner's Writ of Habeas Corpus, (Docket No. 30), is DENIED.

**IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: March 23, 2015